IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Aaron Monroe Mullins,<br><br>        Plaintiff,<br><br>v.<br><br>Equifax Information Services, LLC; Capital One Bank USA, N.A., TD Bank USA, N.A.,<br><br>        Defendants. | No. CV-15-01612-PHX-NVW<br><br>**ORDER** |

Pursuant to the parties' Stipulation to Dismiss TD Bank USA, N.A., with Prejudice (Doc. 37), and good cause appearing,

IT IS HEREBY ORDERED granting the parties' Stipulation (Doc. 37).

IT IS FURTHER ORDERED that TD Bank USA, N.A., is dismissed with prejudice, each party to bear their own attorney's fees and costs.

IT IS FURTHER ORDERED vacating the Rule 16 Scheduling Conference set for June 16, 2016 at 11:00 a.m., and all other orders contained within the Court's April 26, 2016 Order (Doc. 36). The Clerk shall terminate this case.

Dated this 7th day of June, 2016.

Neil V. Wake
United States District Judge